UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-0305 WHA |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| ELTAIB YOUSIFF, | ) | |
| Defendant. | ) | |

On April 24, 2005, the parties had their first appearance before this Court. Assistant United States Attorney Robin L. Harris appeared on behalf of the government. Paul Wolf, Esq. appeared on behalf of defendant Eltaib Yousiff. With the agreement of the parties in open court and with the consent of the defendant, the Court enters this order (1) setting a status hearing on June 21, 2005 at 2:00 p.m. and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from April 24, 2005 to June 21, 2005. The parties agree, and the Court finds and holds, as follows:

1. Defense counsel and the government advised the Court on April 24, 2005 that this case involves approximately 120 separate transactions conducted over several years. The parties agree that the case is complex due to the number of transactions and the volume of discovery related to the transactions at issue. The government and the defendant both agreed that in order to provide the defense with the voluminous discovery and to enable defense

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 03-0095 WBS]

1  counsel to review the discovery and meaningfully evaluate the case, the case should be
2  continued for a further status conference and/or motions setting on June 21, 2005.
3  Continuing the case until June 21, 2005 will give the parties an opportunity to accomplish
4  these objectives.

5      2.    The Court finds that, taking into the account the public interest in the prompt
6  disposition of criminal cases, granting the continuance until June 21, 2005 is necessary
7  because of the complexity of the case and to permit the defendant reasonable time to review
8  discovery and, further, will permit continuity of defense counsel. See 18 U.S.C.
9  § 3161(h)(8)(B)(iv). Given these circumstances, the Court finds that the ends of justice
10 served by excluding the period from April 24, 2005 to June 21, 2005 outweigh the best
11 interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

12     3.    Accordingly, and with the consent of the defendant, the Court (1) sets a status
13 hearing for June 21, 2005 at 2:00 p.m. and (2) orders that the period from April 24, 2005 to
14 June 21, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C.
15 § 3161(h)(8)(A) & (B)(iv).

17 IT IS SO ORDERED.

19 DATED: 6-1-05

HONORABLE WILLIAM H. ALSUP
United States District Judge

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 03-0095 WBS]    2