KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

ROBIN L. HARRIS (CSBN 123364)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7016

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 05-0305 WHA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** [Proposed] |
| v. | ) | |
| ELTAIB YOUSIFF, | ) | |
| Defendants. | ) | |

## STIPULATION

It is hereby stipulated by and between the parties hereto that the sentencing in the above-captioned matter shall be continued from October 18, 2005 until October 25, 2005 at 2:00 p.m. The Probation Officer Karen Mar has been contacted about this proposed one week continuance and has no objection.

The reason for this stipulation and request for a continuance of the sentencing date is a scheduling conflict on the part of government counsel which was not known at the time of the change of plea hearing.

Stipulation and Order [Proposed]
CR 05-0305 WHA

1  IT IS SO STIPULATED
2  DATED: August 16, 2005

5  ROBIN L. HARRIS
   Assistant United States Attorney

7  DATED: 8/16/05

8  PAUL WOLF
   Attorney for Defendant

10  ORDER

11  The parties having so stipulated and good cause appearing, it is hereby ordered that
12  the sentencing in this case shall be continued from October 18, 2005 until November 9, 2005 ~~October 25, 2005~~
13  at 2:00 p.m.

14  IT IS SO ORDERED

16  Dated:   August 24, 2005



Honorable William Alsup
United States District Judge

Stipulation and Order [Proposed]
CR 05-0305 WHA

2