LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, Bar No. 78624
LYNN M. KESLAR, Bar No. 191521
1212 Broadway, Tenth Floor
Oakland, CA 94612-3423
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorneys for Defendant
ELTAIB A. YOUSIF

FILED
APR 27 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,         ) No. CR 05-00305 WHA
                                      )
            Plaintiff,                ) [PROPOSED]
                                      ) ORDER EXONERATING BAIL
v.                                    ) AND RETURNING PASSPORT
                                      )
ELTAIB A. YOUSIF,                     )
                                      )
            Defendant.                )
_____

       Defendant ELTAIB A. YOUSIF surrendered his passport and posted the equity in real property for his residence in May, 2005 to secure his release in the instant case. A copy of the Deed of Trust is attached hereto. Defendant Yousif has been sentenced on all charges filed against him in the above referenced case and the case having been formally resolved, THEREFORE GOOD CAUSE APPEARING,

       IT IS HEREBY ORDERED that the passport belonging to defendant Yousif be returned to him forthwith and the property bond posted on behalf of defendant ELTAIB A. YOUSIF is hereby exonerated. The Clerk of the Court shall execute all documents necessary to reconvey the interest in the property forthwith.

       SO ORDERED.

Date: Apr 27, 2006

HONORABLE ELIZABETH D. LAPORTE
United States District Court Judge