# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

**DEBRA K. AASMUNDSTAD**
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
1301 Clay Street Suite 220S
Oakland, CA 94612-5206
TEL: (510) 637-3600
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

**FILED**

May 24, 2006

JUN 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

William Alsup
United States District Judge
San Francisco, CA

Re:     Eltaib Yousif
        Docket No.: CR05-0305-01 WHA
        <u>TRAVEL REQUEST & RELEASE OF U.S. PASSPORT</u>

Your Honor:

On November 17, 2005, the offender was sentenced by Your Honor to three years probation, for a violation of the following: Count One: Operating Illegal Money Transmitting Business, 18 U.S.C. § 1960, a Class D felony. The following special conditions of probation were ordered: Special assessment $100.00; fine $250.00; access to financial information; no new lines of credit or debt; search and DNA testing. Probation supervision commenced on November 17, 2005.

Mr. Yousif has complied with his conditions of probation and has requested permission to travel internationally. He has submitted a request with an itinerary to travel to Szeged, Hungary from June 11, 2006 to June 22, 2006. Mr. Yousif's purpose of travel is to take a medical school examination at the University of Szagad, Medical and Pharmaceutical Faculties. The respective consulate was contacted by Mr. Yousif and they confirmed they would accept Mr. Yousif into their country despite his conviction.

In addition, Mr. Yousif has requested his United States Passport be released to him. He surrendered his passport to the United States District Court during Court proceedings. Mr. Yousif has paid his $250.00 fine and &100.00 special assessment. He is currently employed on a full time basis as a physician's assistant and licensed laboratory scientist and he is in compliance with the terms and conditions of probation.

It is respectfully recommended that Mr. Yousif's travel to Hungary be approved and his U.S. passport released to him.

The Assistant U.S. Attorney, Robin Harris, has been notified and has not voiced an objection.

*obj?*

Respectfully submitted,

*Shaheen Shan* (signature)
Shaheen Shan
U.S. Probation Officer

Reviewed by:

*Dan Zurita by S.S.* (signature)
Dan Zurita
Supervisory U.S. Probation Officer

===============================================================================

THE COURT ORDERS:

☑ Mr. Yousif's international travel request is approved and the release of his U.S. Passport.
☐ Other:

6/1/06
Date

*William Alsup* (signature)
William Alsup
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

          Plaintiff,

v.

YOUSIF et al,

          Defendant.
_____/

Case Number: CR05-00305 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 1, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul Delano Wolf
Law Offices of Paul Delano Wolf
1212 Broadway, Tenth Floor
Oakland, CA 94612

Robin L. Harris
Office of the U.S. Attorney
450 Golden Gate Ave.
San Francisco, CA 94102

Dan Zurita
US Probation Officer

Court's Finance Dept

Dated: June 1, 2006

                                        Richard W. Wieking, Clerk
                                        By: D. Toland, Deputy Clerk